1
2
3
4
5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DARRELL MILLER, | CASE NO. 1:11-cv-01111-LJO-GBC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS AHLIN, OWENS, AND SREENIVASAN'S MOTION TO DISMISS |
| v. | |
| MATTHEW CATE, et al., | Docs. 15 & 51 |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se in a 42 U.S.C. § 1983 civil rights action removed by Defendants. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2011, Defendants Ahlin, Owens, and Sreenivasan filed a Motion to Dismiss. On September 23, 2011, the Magistrate Judge issued Findings and Recommendations, recommending granting Defendants Ahlin, Owens, and Sreenivasan's Motion to Dismiss. Plaintiff has not submitted any objections to the Findings and Recommendations of the Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Court adopts the Findings and Recommendations, filed September 23, 2011, in full;

2.    Defendants Ahlin, Owens, and Sreenivasan's Motion to Dismiss, filed July 15, 2011, is GRANTED;

1        3.      Defendants Ahlin, Owens, and Sreenivasan are DISMISSED from this action; and

2        4.      Plaintiff's claims as to Ahlin, Owens, and Sreenivasan are DISMISSED without

3                prejudice.

4   IT IS SO ORDERED.

5   **Dated:    November 18, 2011**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28