# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DARRELL MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv-01111-LJO-GBC (PC)<br><br>ORDER AMENDING ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, WHICH GRANTED DEFENDANTS' ALLENBY, AHLIN, OWENS, AND SREENIVASAN'S MOTION TO DISMISS<br><br>Docs. 15, 51 & 56 |

Plaintiff is a civil detainee proceeding pro se in a 42 U.S.C. § 1983 civil rights action removed by Defendants. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2011, Defendants Allenby, Ahlin, Owens, and Sreenivasan filed a Motion to Dismiss. On September 23, 2011, the Magistrate Judge issued Findings and Recommendations, recommending granting Defendants Allenby, Ahlin, Owens, and Sreenivasan's Motion to Dismiss. Plaintiff did not submitted any objections to the Findings and Recommendations of the Magistrate Judge.

On November 21, 2011, this Court issued an Order Adopting Findings and Recommendations, in full. The Findings and Recommendations by the Magistrate Judge included the dismissal of Defendant Allenby.[1] However, Defendant Allenby's name was not specifically listed

---

[1] Defendant Allenby is the successor to Defodant Mayberg, who was named in the complaint.

in the Order Adopting. Therefore, the Court clarifies that the Order Adopting did adopt the Magistrate Judge's findings in their entirety, which necessarily included the dismissal of Defendant Allenby. The Court AMENDS the November 21, 2011 Order Adopting Findings and Recommendations to reflect that the order included the dismissal of Defendant Allenby.

IT IS SO ORDERED.

**Dated:   January 30, 2012**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE